# **APPENDIX A**

-----Original Message-----
From: Zenresolve Customer Service <CustomerService@zenresolve.com>
To: Howard Rachelson
Sent: Mon, Jan 27, 2020 9:01 am
Subject: We can help resolve your outstanding account.

We've been asked by Amplify Funding to help you resolve your account. Flexible payment plans are available.



## Howard Rachelson,

ZenResolve is a third-party debt collection agency, and we've been asked by Amplify Funding to help you settle your outstanding balance of $828.47 that went into default on 2020-01-16.
We're here to help to resolve the situation. You can opt to pay the balance in full, or we can help you select a payment plan to suit your current financial situation.

**ZenResolve Account:**

**Creditor: Amplify Funding**

**Balance Due: $828.47**

Access Account

**Default Date: 2020-01-16**

We can help you no matter what your current financial situation is. Log in to your account to set up a payment plan.

Thanks,
ZenResolve Team

© 2018. All Rights Reserved | Privacy Policy | Terms of Use



ZenResolve, LLC
800-225-1375
4720 E. Cotton Gin Loop, Suite 135 Phoenix, AZ 85040

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained from you will be used for that purpose. The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

Unless you, within thirty (30) days after receipt of the notice, dispute the validity of the debt, or any portion thereof, ZenResolve will assume the debt to be valid.

:If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you. Upon your written request within the thirty (30) day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

For California residents:

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

For Colorado residents:

You have the right to request in writing that we cease further communication with you. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. For information about the Colorado Fair Debt Collection Practices Act, see www.coag.gov/car. Local phone number: 303-768-0200 Local Office:7200 S Alton Way, Suite B180, Centennial, CO 80012.

For Massachusetts residents:

We are required by regulation of the Massachusetts Attorney General to notify you of the following information. This information is not legal advice. This debt may be too old for you to be sued on it in court. If it is too old, you cannot be required to pay it through a lawsuit. Take note: you can renew the debt and the statute of limitations for the filing of a lawsuit against you if you do any of the following: make any payment on the debt; sign a paper in which you admit that you owe the debt or in which you make a new promise to pay; sign a paper in which you give up or waive your right to stop the creditor from suing you in court to collect the debt. While this debt may not be enforceable through a lawsuit, it may still affect your ability to obtain credit or affect your credit score or rating.

For Minnesota residents:

This collection agency is licensed by the Minnesota Department of Commerce.

For New York residents:

New York City Department of Consumer Affairs license number 2065412-DCA.

In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., we are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:
(i) the use or threat of violence
(ii) the use of obscene or profane language
(iii) repeated phone calls made with the intent to annoy, abuse, or harass.
"If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: Supplemental security income, (SSI); Social security; Public assistance (welfare); Spousal support, maintenance (alimony) or child support; Unemployment benefits; Disability benefits; Workers' compensation benefits; Public or private pensions; Veterans' benefits; Federal student loans, federal student grants, and federal work study funds; and Ninety percent of your wages or salary earned in the last sixty days.
For North Carolina residents:
North Carolina Department of Insurance Permit Number 103089.
For Tennessee residents:
ZenResolve, LLC is licensed by the Collection Service Board of the Department of Commerce and Insurance.
For Wisconsin residents:
This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.
Dispute This Debt

