# APPENDIX B



-----Original Message-----
From: Zenresolve Customer Service <CustomerService@zenresolve.com>
To: Howard Rachelson

Sent: Fri, Jan 31, 2020 4:00 pm
Subject: Important info about your account



## Hi Howard Rachelson,

**Little Lake Lending contacted us to help you resolve your outstanding balance of $741.78.**
Unlike most third-party collections agencies, we take a minimally invasive approach and prefer to limit our contacts to e-mails and texts, when possible. We also give you the opportunity to choose how you'd like to resolve your debt, either with a one-time payment or by setting up a payment plan. These can conveniently be done online.

**You can make your choice now by clicking the link below to log in to your account.**

Set Up a Payment Plan

Thanks,
ZenResolve Team

© 2019. All Rights Reserved | Privacy Policy | Terms of Use

ZenResolve, LLC
800-225-1375
4720 E. Cotton Gin Loop, Suite 135 Phoenix, AZ 85040
This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained from you will be used for that purpose.
The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.
**This communication is not intended, nor is it an attempt, to terminate the validation period referenced in the initial communication that you received regarding this account. Please refer to the initial communication for the commencement date of the validation period. If you wish to stop receiving these emails please Unsubscribe.**

Colorado Residents: Our local office address is 7200 S Alton Way, Suite B180, Centennial, CO 80012.  Our local phone number is (303) 768-0200
New York City Residents: New York City Department of Consumer Affairs license number 2065412-DCA
North Carolina Residents: North Carolina Department of Insurance Permit Number 103089
Tennessee Residents: ZenResolve, LLC is licensed by the collection service board of the Department of Commerce and Insurance