# APPENDIX C



-----Original Message-----
From: Zenresolve Customer Service <CustomerService@zenresolve.com>
To: Howard Rachelson
Sent: Fri, Feb 14, 2020 4:01 pm
Subject: We can help resolve your account



## Hi Howard Rachelson,

Your account with Little Lake Lending went into default on 2020-01-16. We're here to help you resolve your outstanding balance of $741.78
At ZenResolve, we take a minimally invasive approach and do our best to make sure taking care of your debt is as quick and easy as possible. With a few simple clicks of the mouse, you can choose to pay off your balance in a single payment, or you can set up a payment plan that works for your financial situation.

It's easy to get started! Just click the link below to log in to your account now.

**ACCESS YOUR ACCOUNT**

Thanks,
ZenResolve Team

© 2019. All Rights Reserved | Privacy Policy | Terms of Use      

ZenResolve, LLC
800-225-1375
4720 E. Cotton Gin Loop, Suite 135 Phoenix, AZ 85040
This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained from you will be used for that purpose.
The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.
**This communication is not intended, nor is it an attempt, to terminate the validation period referenced in the initial communication that you received regarding this account. Please refer to the initial communication for the commencement date of the validation period. If you wish to stop receiving these emails please Unsubscribe.**
Colorado Residents: Our local office address is 7200 S Alton Way, Suite B180, Centennial, CO 80012. Our local phone number is (303) 768-0200
New York City Residents: New York City Department of Consumer Affairs license number 2065412-DCA
North Carolina Residents: North Carolina Department of Insurance Permit Number 103089
Tennessee Residents: ZenResolve, LLC is licensed by the collection service board of the Department of Commerce and Insurance

